IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. JASON PARKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY CORRECTIONAL FACILITY/BUSINESS OFFICE MANAGER, et al. | : : : | NO. 15-4205 |

## ORDER

AND NOW, this 17th day of September, 2015, it is ORDERED that:

1. The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.